# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 17-22940-CMB |
| BITTINGER, ROBERT N. ) | |
| BITTINGER, MELISSA A. ) | |
| ) | CHAPTER 7 |
| DEBTOR(S) ) | |
| ************************************ ) | |
| ROBERT H. SLONE, TRUSTEE ) | DOCUMENT NO. |
| ) | |
| MOVANT(S) ) | |
| ) | |
| vs. ) | Hearing Date: 10/24/2017 @ 1:30p.m. |
| ) | Courtroom B - Pittsburgh, PA |
| NO RESPONDENTS, ) | |
| ) | |
| RESPONDENT(S) ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION TO EMPLOY SPECIAL COUNSEL

TO THE RESPONDENT(S) AND ALL CREDITORS AND PARTIES IN INTEREST:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **October 16, 2017**, i.e. seventeen (17) calendar days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled. See Local Bankruptcy Rule 9013.4.

You should take this to your Lawyer at once.

A hearing will be held on **Tuesday, October 24, 2017 at 1:30 p.m., before the Honorable Carlota M. Böhm, in Courtroom B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

Dated: September 27, 2017                                         /S/       ROBERT H. SLONE
                                                                                        Robert H. Slone, Trustee, PA I.D. 19963
                                                                                        Mahady & Mahady
                                                                                        223 South Maple Avenue
                                                                                        Greensburg, PA 15601
                                                                                        Ph #(724) 834-2990
                                                                                        E-mail: robertslone223@gmail.com