Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

17

In re:   Bankruptcy Case No.: 17−22940−CMB

Chapter: 7

**Robert N. Bittinger**    Melissa A. Bittinger
   Debtor(s)    fka Melissa Ann Tennant, fka Melissa Ann Compton, fka Melissa Ann Henderson

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 24, 2017**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**    Michael R. Rhodes
   U.S. Bankruptcy Court    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 9/23/17

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-22940-CMB
Robert N. Bittinger                                                                 Chapter 7
Melissa A. Bittinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                Page 1 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: 154               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db/jdb         +Robert N. Bittinger,   Melissa A. Bittinger,   196A Oliphant Road,   Uniontown, PA 15401-6310
14662611       +Best Buy Credit Services,   P.O. Box 790441,   Saint Louis, MO 63179-0441
14662617      ++COLLECTION SERVICE CENTER INC BUTLER PA,   PO BOX 1623,   BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,   200 South McKean Street,
                 P.O. Box 1623,   Butler, PA 16003-6012)
14662614        Cabela's Club Visa/World's Foremost Bank,   P.O. Box 82608,   Lincoln, NE 68501-2608
14662616       +Citizens One Auto Finance,   Bankruptcy Department,   480 Jefferson Boulevard,
                 Warwick, RI 02886-1359
14662618       +Comcast,   740 Venture Drive,   Morgantown, WV 26508-7306
14662619       +Credit Collections, USA,   16 Distributor Drive--Suite 1,   Morgantown, WV 26501-0121
14662621       +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
14662622        First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3487
14662623       +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
14662624        Laboratory Corporation of America,   P.O. Box 2240,   Burlington, NC 27216-2240
14662626        MedExpress Billing,   P.O. Box 7964,   Belfast, ME 04915-7900
14662627        Mid-Atlantic Anesthesia Consultants,   L-3748,   Columbus, OH 43260-0001
14662628        Mon Health Medical Center Clinics,   600 Suncrest Town Centre--Suite 310,
                 Morgantown, WV 26505-1873
14662629        Monongalia General Hospital,   P.O. Box 1615,   Morgantown, WV 26507-1615
14662630      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   350 Highland Drive,
                 Lewisville, TX 75067-9932)
14662633       +RUI Credit Services,   1305 Walt Whitman Road,   Melville, NY 11747-4849
14662632       +Radiological Physician Associates,   P.O. Box 890707,   Charlotte, NC 28289-0707
14662612       +Sanjay Bharti, M.D.,   P.O. Box 4502,   Morgantown, WV 26504-4502
14662634       +Transworld Systems, Inc.,   300 Cedar Ridge Drive--Suite 307,   Pittsburgh, PA 15205-1159
14662635        Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
14662636       +University Health Associates,   P.O. Box 776,   Morgantown, WV 26507-0776
14662639       +West Virginia Emergency Physicians,   4350 Fowler Street--Suite 15,   Fort Myers, FL 33901-2699
14662640        West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
                 Morgantown, WV 26507-1127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14662609       +EDI: RMCB.COM Sep 26 2017 01:23:00      American Medical Collection Agency,
                 4 Westchester Plaza--Building 4,   Elmsford, NY 10523-1615
14662610       +E-mail/Text: bankruptcy@bbandt.com Sep 26 2017 01:30:32      BB&T Bankruptcy Section,
                 P.O. Box 1847,   2713 Forest Hills Road,   Wilson, NC 27893-8627
14662613        EDI: WFNNB.COM Sep 26 2017 01:23:00      Bon Ton/Comenity Bank,   Bankruptcy Department,
                 P.O. Box 182125,   Columbus, OH 43218-2125
14662615        EDI: RMSC.COM Sep 26 2017 01:23:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,   P.O. Box 965061,   Orlando, FL 32896-5061
14662625        EDI: RMSC.COM Sep 26 2017 01:23:00      Lowe's/Synchrony Bank,   Attn: Bankruptcy Deptartment,
                 P.O. Box 965060,   Orlando, FL 32896-5060
14663662       +EDI: PRA.COM Sep 26 2017 01:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14662631       +EDI: RMSC.COM Sep 26 2017 01:23:00      Pearle Vision/Synchrony Bank,   P.O. Box 965036,
                 Orlando, FL 32896-5036
14662620        EDI: USBANKARS.COM Sep 26 2017 01:23:00      Elan Financial Services,   Bankruptcy Department,
                 P.O. Box 5229,   Cincinnati, OH 45201-5229
14662637        EDI: RMSC.COM Sep 26 2017 01:23:00      Walmart MasterCard/Synchrony Bank,
                 Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
14662638       +EDI: WFFC.COM Sep 26 2017 01:23:00      Wells Fargo Dealer Svcs. BK Department,   P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: admin              Page 2 of 2                  Date Rcvd: Sep 25, 2017
                               Form ID: 154             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2017 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor Robert N. Bittinger COZ@Zeblaw.com,  Lori@Zeblaw.com,
           Janet@Zeblaw.com
          Charles O. Zebley, Jr.   on behalf of Joint Debtor Melissa A. Bittinger COZ@Zeblaw.com,
           Lori@Zeblaw.com,Janet@Zeblaw.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
          Robert H. Slone, Trustee   on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 6
```