# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **BANKRUPTCY NO. 17-22940-CMB** |
| **BITTINGER, ROBERT N.** ) | |
| **BITTINGER, MELISSA A.** ) | **CHAPTER 7** |
| ) | |
| **DEBTOR(S)** ) | **DOCUMENT NO.** |
| ************************************* ) | |
| **ROBERT H. SLONE, TRUSTEE** ) | **RE: DOCUMENT NO. 20 & 21** |
| ) | |
| **MOVANT(S)** ) | |
| ) | |
| vs. ) | **Hearing Date: 10/24/2017 @ 1:30p.m.** |
| ) | **Courtroom B - Pittsburgh, PA** |
| **NO RESPONDENTS,** ) | |
| ) | |
| **RESPONDENT(S)** ) | |

### CERTIFICATE OF NO OBJECTION REGARDING THE
### APPLICATION TO APPOINT SPECIAL COUNSEL

THE undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Appoint Special Counsel has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Appoint Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Appoint Special Counsel ere to be filed and served no later than October 16, 2017.

It is hereby respectfully requested that the Order attached to the Application to Appoint Special Counsel be entered by the Court.

Dated: October 17, 2017                             /S/      ROBERT H. SLONE
                                                    Robert H. Slone, Trustee
                                                    MAHADY & MAHADY
                                                    223 South Maple Avenue
                                                    Greensburg, PA 15601
                                                    PH #(724) 834-2990
                                                    E-mail:  robertslone223@gmail.com
                                                    PA I.D. No. 19963