# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **BANKRUPTCY NO. 17-22940-CMB** |
| BITTINGER, ROBERT N. ) | |
| BITTINGER, MELISSA A. ) | **CHAPTER 7** |
| f/k/a MELISA ANN TENNANT ) | |
| ) | **DOCUMENT NO.** |
| DEBTOR(S) ) | |
| ********************************** ) | **RE: DOCUMENT NO. 27 & 28** |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT(S) ) | |
| ) | |
| vs. ) | **Hearing Date: 11/20/2017 @ 1:30 p.m.** |
| ) | **Courtroom B - Pittsburgh, PA** |
| ROBERT N. BITTINGER and ) | |
| MELISSA A. BITTINGER, ) | |
| ) | |
| RESPONDENT(S) ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS**

      THE undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection to Debtor's Exemptions has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection to Debtor's Exemptions appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Objection to Debtor's Exemptions ere to be filed and served no later than November 6, 2017.

      It is hereby respectfully requested that the Order attached to the Trustee's Objection to Debtor's Exemptions be entered by the Court.

Dated: November 8, 2017

      /S/      ROBERT H. SLONE
Robert H. Slone, Trustee
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
PH #(724) 834-2990
E-mail: robertslone223@gmail.com
PA I.D. No. 19963