## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 17-22940-CMB |
| BITTINGER, ROBERT N. | ) |
| BITTINGER, MELISSA A. | ) CHAPTER 7 |
| f/k/a MELISA ANN TENNANT | ) |
| | ) DOCUMENT NO. |
| DEBTOR(S) | ) |
| ************************************ | ) |
| ROBERT H. SLONE, TRUSTEE | ) re doc. 27 |
| | ) |
| MOVANT(S) | ) |
| | ) |
| vs. | ) Hearing Date: 11/20/2017 @ 1:30 p.m. |
| | ) Courtroom B - Pittsburgh, PA |
| ROBERT N. BITTINGER and | ) |
| MELISSA A. BITTINGER, | ) |
| | ) |
| RESPONDENT(S) | ) |

### ENTERED BY DEFAULT
### ORDER OF COURT

AND NOW, to wit, this __7th__ day of __November__, 2017, after review of this matter, it is hereby ORDERED that the Trustee's Objection to Debtors' Exemptions in the claim vs. Marquis Gardens Place as taken under; (a)11 U.S.C. Sec. 522(d)(11)(D) in the amount of $23,675.00; (b)11 U.S.C. Sec. 522(d)(10)(C) in the amount of 100%; and (c) 11 U.S.C. Sec. 522(d)(11)(E) in the amount of 100% are granted.

IT IS FURTHER ORDERED as follows: the estate's right to preserve, (i) the objection to the claimed exemptions taken in the Debtor wife's claim vs. Marquis Garden Place, having an "unknown" value; and, (ii) the bankruptcy estate's right to administer the asset proceeds if the value of the Debtor wife's claim vs. Marquis Garden Place is found to exceed the maximum of 11 U.S.C. Section 522(d)(5) exemption of $13,100.00.

It is further ORDERED that upon any settlement or award in the litigation, the Debtor may be entitled to amend the exemptions as allowable and in accordance with Federal Bankruptcy Law.

BY THE COURT:

*Carlota M. Böhm*   dms
CARLOTA M. BÖHM
U.S. Bankruptcy Judge

FILED
11/9/17 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert N. Bittinger
Melissa A. Bittinger
    Debtors

Case No. 17-22940-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 1        Date Rcvd: Nov 09, 2017
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
db/jdb        +Robert N. Bittinger,   Melissa A. Bittinger,   196A Oliphant Road,   Uniontown, PA 15401-6310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor Robert N. Bittinger COZ@Zeblaw.com, Lori@Zeblaw.com,
           Janet@Zeblaw.com
          Charles O. Zebley, Jr.   on behalf of Joint Debtor Melissa A. Bittinger COZ@Zeblaw.com,
          Lori@Zeblaw.com,Janet@Zeblaw.com
          James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
          Robert H. Slone, Trustee   on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                             TOTAL: 6