**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert N. Bittinger** | Social Security number or ITIN | **xxx–xx–6298** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 | **Melissa A. Bittinger** | Social Security number or ITIN | **xxx–xx–4128** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–22940–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert N. Bittinger

Melissa A. Bittinger
fka Melissa Ann Tennant, fka Melissa Ann
Compton, fka Melissa Ann Henderson

2/12/18

**By the court:** Carlota M. Bohm
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22940-CMB
Robert N. Bittinger                                                       Chapter 7
Melissa A. Bittinger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 2          Date Rcvd: Feb 12, 2018
                             Form ID: 318         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
```
db/jdb      +Robert N. Bittinger,   Melissa A. Bittinger,   196A Oliphant Road,   Uniontown, PA 15401-6310
aty         +Robert H. Slone,   223 South Maple Avenue,   Greensburg, PA 15601-3232
sp          +Edmund Wagoner,   Goddard & Wagoner, PLLC,   229 West Main St.,   Suite 1100,
              Clarksburg, WV 26301-2966
14662611    +Best Buy Credit Services,   P.O. Box 790441,   Saint Louis, MO 63179-0441
14662617    ++COLLECTION SERVICE CENTER INC BUTLER PA,   PO BOX 1623,   BUTLER PA 16003-1623
             (address filed with court: Collection Service Center,   200 South McKean Street,
              P.O. Box 1623,   Butler, PA 16003-6012)
14662614     Cabela's Club Visa/World's Foremost Bank,   P.O. Box 82608,   Lincoln, NE 68501-2608
14662616    +Citizens One Auto Finance,   Bankruptcy Department,   480 Jefferson Boulevard,
              Warwick, RI 02886-1359
14662618    +Comcast,   740 Venture Drive,   Morgantown, WV 26508-7306
14662619    +Credit Collections, USA,   16 Distributor Drive--Suite 1,   Morgantown, WV 26501-0121
14662621    +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
14662622     First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3487
14662623    +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
14662624     Laboratory Corporation of America,   P.O. Box 2240,   Burlington, NC 27216-2240
14662626    +MedExpress Billing,   P.O. Box 7964,   Belfast, ME 04915-7900
14662627    +Mid-Atlantic Anesthesia Consultants,   L-3748,   Columbus, OH 43260-0001
14662628    +Mon Health Medical Center Clinics,   600 Suncrest Town Centre--Suite 310,
              Morgantown, WV 26505-1873
14662629     Monongalia General Hospital,   P.O. Box 1615,   Morgantown, WV 26507-1615
14662630    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   350 Highland Drive,
              Lewisville, TX 75067-9932)
14662633    +RUI Credit Services,   1305 Walt Whitman Road,   Melville, NY 11747-4849
14662632    +Radiological Physician Associates,   P.O. Box 890707,   Charlotte, NC 28289-0707
14662612    +Sanjay Bharti, M.D.,   P.O. Box 4502,   Morgantown, WV 26504-4502
14662634    +Transworld Systems, Inc.,   300 Cedar Ridge Drive--Suite 307,   Pittsburgh, PA 15205-1159
14662635     Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
14662636    +University Health Associates,   P.O. Box 776,   Morgantown, WV 26507-0776
14662639    +West Virginia Emergency Physicians,   4350 Fowler Street--Suite 15,   Fort Myers, FL 33901-2699
14662640     West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
              Morgantown, WV 26507-1127


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2018 01:51:46    Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14662609     EDI: RMCB.COM Feb 13 2018 01:33:00    American Medical Collection Agency,
              4 Westchester Plaza--Building 4,   Elmsford, NY 10523-1615
14731242     EDI: RESURGENT.COM Feb 13 2018 01:33:00    Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,   Corporation of America Holdings,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14662610    +E-mail/Text: bankruptcy@bbandt.com Feb 13 2018 01:51:27    BB&T Bankruptcy Section,
              P.O. Box 1847,   2713 Forest Hills Road,   Wilson, NC 27893-8627
14662613     EDI: WFNNB.COM Feb 13 2018 01:33:00    Bon Ton/Comenity Bank,   Bankruptcy Department,
              P.O. Box 182125,   Columbus, OH 43218-2125
14735772     E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 13 2018 01:52:33    CAPITAL ONE BANK (USA), N.A.,
              CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
14662615     EDI: RMSC.COM Feb 13 2018 01:33:00    CareCredit/Synchrony Bank,
              Attn: Bankruptcy Department,   P.O. Box 965061,   Orlando, FL 32896-5061
14731241     EDI: RESURGENT.COM Feb 13 2018 01:33:00    LVNV Funding, LLC its successors and assigns as,
              assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
14662625     EDI: RMSC.COM Feb 13 2018 01:33:00    Lowe's/Synchrony Bank,   Attn: Bankruptcy Deptartment,
              P.O. Box 965060,   Orlando, FL 32896-5060
14743548     EDI: PRA.COM Feb 13 2018 01:33:00    Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
14663662    +EDI: PRA.COM Feb 13 2018 01:33:00    PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14731240    +EDI: RESURGENT.COM Feb 13 2018 01:33:00    PYOD, LLC its successors and assigns as assignee
              of Citibank, N.A.,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14662631    +EDI: RMSC.COM Feb 13 2018 01:33:00    Pearle Vision/Synchrony Bank,   P.O. Box 965036,
              Orlando, FL 32896-5036
14747936     EDI: Q3G.COM Feb 13 2018 01:34:00    Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA 98083-0788
14746454    +EDI: RMSC.COM Feb 13 2018 01:33:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk VA 23541-1021
14662620     EDI: USBANKARS.COM Feb 13 2018 01:33:00    Elan Financial Services,   Bankruptcy Department,
              P.O. Box 5229,   Cincinnati, OH 45201-5229
14741655     EDI: USBANKARS.COM Feb 13 2018 01:33:00    U.S. Bank National Association,
              dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,   St. Louis, MO 63166-0108
```

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Feb 12, 2018
                              Form ID: 318            Total Noticed: 45
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14662637          EDI: RMSC.COM Feb 13 2018 01:33:00     Walmart MasterCard/Synchrony Bank,
                  Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
14662638         +EDI: WFFC.COM Feb 13 2018 01:33:00     Wells Fargo Dealer Svcs. BK Department,    P.O. Box 3569,
                  Rancho Cucamonga, CA 91729-3569
                                                                                          TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                            TOTALS: 1, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
           Charles O. Zebley, Jr.    on behalf of Debtor Robert N. Bittinger COZ@Zeblaw.com,  Lori@Zeblaw.com,
            Janet@Zeblaw.com
           Charles O. Zebley, Jr.    on behalf of Joint Debtor Melissa A. Bittinger COZ@Zeblaw.com,
            Lori@Zeblaw.com,Janet@Zeblaw.com
           James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
           Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
            rslone@pulsenet.com;pa07@ecfcbis.com
                                                                              TOTAL: 6
```